## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08677 (BKT) |
|---|---|
| LUIS F. LOPEZ ROSADO | CHAPTER 13 |
| DEBTOR | |

### MOTION FOR APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW,** creditor **MIGNA SALGADO OJEDA** represented by the undersigned counsel and very respectfully states and prays:

1. The undersigned, Luis Francisco Zayas Marxuach, is admitted to practice in this court, and appears in this case as counsel for creditor **MIGNA SALGADO OJEDA;** and respectfully requests to be added as counselor of record for said creditor.

2. The appearing creditor respectfully requests that all pertinent documents and notices regarding any hearing and/or procedures in this case shall be sent to the undersigned counsel.

**WHEREFORE,** it is respectfully requested that this Honorable Court accepts the undersigned as attorney of record for said creditor.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same day, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filling to the Bankruptcy Trustee, the attorney for the debtor and all participants of CM/ECF system.

San Juan, Puerto Rico, this 27th day of September, 2010.

s./ Luis Francisco Zayas Marxuach
USDC-PR No. 221013
Zayas- Mayo Law Offices, P.S.C.
PO Box 363462
San Juan, PR 00936-3462
Phone: (787) 929-3311
Fax: (787) 200-4566
E-mail: zayasmayolaw@gmail.com