**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                                Case No. **10-08677**

**LOPEZ ROSADO, LUIS FRANCISCO**                             Chapter **13**

Debtor(s)

### AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/09/2010**                                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| | 700.00 | x | 7 | = $ | 4,900.00 |
| | 830.00 | x | 29 | = $ | 24,070.00 |
| | 900.00 | x | 12 | = $ | 10,800.00 |
| | 950.00 | x | 12 | = $ | 11,400.00 |
| | | x | | = $ | |

TOTAL: $ **51,170.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $ **51,170.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,274.00**

Signed: **/s/ LUIS FRANCISCO LOPEZ ROSADO**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **MEDICOOP SHARES**
5. ☒ Other:   **BEFORE APPLYING SHARES TO OTHER PAYMENTS MEDICOOP SHARES WILL SET-OFF MORTGAGE ARREARS.**
6. ☑ Debtor otherwise maintains regular payments directly to:
   **MEDICOOP MORTGAGE MONTHLY INSTALLMENTS**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

**See continuation sheet.**

Attorney for Debtor   **JIMENEZ QUINONES LAW OFFICE, PSC**         Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

|                               | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **GUALBERTO NEGRON** | | |

**OTHER PROVISIONS:**

**1.** MORTGAGE ARREARS WITH MEDICOOP ARE TO BE FULLY SET-OFF WITH SHARES THEREOF. THE BALANCE IN SHARES IS BEING SURRENDERED TO BE APPLIED AGAINST THE MORTGAGE PRINCIPAL.

**2.** PRIORITY CLAIMS WILL BE PAID AS FILED, UNLESS OBJECTED BY DEBTOR.

**3.** $1,500 IN ACCURED ALIMONY CONSIGNED WITH THE FAMILY & MINORS COURT OF BAYAMON PUERTO RICO WILL BE PAID DIRECTLY TO DEBTOR'S FORMER SPOUSE BY ORDER OF SAID COURT. CASE NO. D DI2006-1999 (4005).

**4.** INCOME TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL COMPLETION. THE TENDER OF SUCH PERIODIC PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. MAY DEBTOR NEED TO USE A PORTION OF SAID REFUND, PRIOR AUTHORIZATION OF THE COURT SHALL BE SOUGHT BY DEBTOR.

**TWENTY-EIGHT-DAY NOTICE TO PARTIES IN INTEREST**

**WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS CHAPTER 13 PLAN WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PLAN WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (II) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (III) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. FED. R. BANKR. P. 2002 (B) AND LBR 9013-1, AS AMENDED.**