IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO LOPEZ ROSADO

DEBTOR(S)

CASE 10-08677-BKT

CHAPTER 13

**AMENDED DOCUMENT**

### TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **October 22, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: To be determined

3. With respect to the attached payment plan:

AMENDED PLAN DATE: December 09, 2010    PLAN BASE: $51,170.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/16/2010

[ ] FAVORABLE            [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   Debtors yet to file monthly reports of operation. Debtor to provide details of $700 extraordinary expenses in Nov. 2010 and provide evidence of same.

6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   Proof of Claim #7, however, it is informed that trustee will object to said claim for failure to include evidence that judgment was presented at Registry of Property.

7. [X] OTHER:
   Debtor to assume lease over dental offices and provide for pre-petition arrears in plan. Also, clarify discrepancy in balance to be paid of atty's fees (R2016: $1000; Plan: $1,274) Also, trustee will object exemptions taken under Section 522(d)(11)(B) for office equipment.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee: $3,000.00 /$2,000.00/$1,000.00

Atty: JIMENEZ QUINONES LAW

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062