

Estado Libre Asociado de Pu~~~o Rico
**TRIBUNAL GENERAL DE JUSTICIA**
Tribunal de Primera Instancia
Sala ☑ Superior ☐ Municipal de _Bayam_

Misna Salgado Ojeda
Luis F. López Rosado
_Nombre de las Partes_

Caso Número DDI 2006-1999

## PLANILLA DE INFORMACIÓN PERSONAL Y ECONOMICA (PIPE)

### I. INFORMACIÓN PERSONAL

**A. Nombre Completo:**

| López | Rosado | Luis F | **B. Teléfono:** (787) 662-2301 (187) 824-3828 | **C. Celular:** mismo |
|---|---|---|---|---|
| _Apellido Paterno_ | _Apellido Materno_ | _Nombre_ | | |

**D. Dirección Residencial y/o Física:**
Veredas del Rio Apto F-349
Carolina P.R

**E. Correo electrónico:** lopezrosadodentista @yahoo.co

**F. Num. Licencia Conducir:** 1515937

**G. Dirección Postal:**
Box 3857 Guaynabo P.R 00970

**H. Fecha y lugar de nacimiento:**

**J. Número de Pasaporte o Identificación de visado** _____

**I.** ☐ Menor de 21 años ☐ Mayor de 21 años

**K. País de expedición** _____

**L. Relación con la parte adversa:** ☐ Casado(a) ☐ Nunca se casó ☑ Divorciado(a)
Fecha del matrimonio: Nov 28 de 1987 Lugar San Juan P.R
Fecha del divorcio: _____ Tribunal: _____ Número de caso: _____
¿Existe orden de pensión alimenticia? ☑ Sí ☐ No Establecida por ☐ ASUME ☐ Tribunal de Menores Bayam
Cantidad:$ 400.00 ☐ Semanal ☑ Quincenal ☐ Bisemanal ☐ Mensual
Fecha de la orden: _____ Num. De caso: _____

**M. Estado civil actual:**
☐ Casado(a) con la parte adversa ☑ Soltero(a) ☐ Relación consensual
☐ Casado(a) nuevo cónyuge: _____
_Nombre del Cónyuge_ ☐ Capitulaciones matrimoniales ☐ SÍ ☐ No

**N. Grado más alto cursado:** ☐ 0-6 ☐ 7-9 ☐ 10-12 ☐ Asociado ☐ Bachillerato ☑ Maestria o Doctorado

### II. INFORMACIÓN SOBRE HIJOS DEPENDIENTES SUYOS QUE NO VIVEN CON USTED (comience con los menores en este caso)

| Nombre | Fecha de nacimiento (día, mes y año) | Edad | Vive con (indique el nombre) | ¿Hay orden de Pensión? (indique si o no) |
|---|---|---|---|---|
| Luis F. López Salgado | 28 / Abril / 1990 | 20 | Misna Salgado | Sí |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### III. INFORMACIÓN SOBRE LOS HIJOS QUE VIVEN CON USTED (incluya los procreados con otras personas)

| Nombre | Fecha de nacimiento (día, mes y año) | Edad |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

## INFORMACIÓN SOBRE OTRAS PERSONAS QUE VIVEN CON USTED (No incluidos en la parte III)

| Nombre completo | Fecha de nacimiento (día, mes y año) | Edad | Relación | Fuente de ingresos | Ingreso mensual Bruto | Neto |
|---|---|---|---|---|---|---|
| N O | | | | | $ | $ |
| | | | | | $ | $ |
| APLICA | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |

## /. INFORMACIÓN SOBRE ASISTENCIA ECONÓMICA: (no incluya cupones de alimentos)

[ ] He recibido ☐ Estoy recibiendo ☐ He solicitado asistencia económica al Departamento de la Familia

echa en que lo solicito: _____ Bajo que nombre: _____ Cantidad $_____

## VI. SITUACIÓN ECONÓMICA

### A. INGRESOS

1. Indique si está: ☑Empleado(a) ☐Desempleado ☐Licencia

2. Ocupación: Dentista

3. Nombre y dirección física y postal del patrono:
Calle Muñoz Rivera #17 Altos
Salinas P.R. 0075

4. Teléfono del patrono: ( ) 824-3828

5. Nombre del Supervisor(a) Inmediato:
Cuenta propia

6. Especifique fuente y cuantía de todos los ingresos de su núcleo familiar que no fueron desglosados en el renglón 8: N/A

| | Declarante | Cónyuge |
|---|---|---|
| ☐Compensación por desempleo...$ | | $ |
| ☐Cupones de alimentos...$ | | $ |
| ☐Departamento Familia (AFDC)...$ | | $ |
| ☐Pensiones | | |
| ☐ Seguro social...$ | | $ |
| ☐ Veteranos...$ | | $ |
| ☐ Fondo del Seguro del Estado...$ | | $ |
| ☐ Retiro...$ | | $ |
| ☐ Gobierno Federal...$ | | $ |
| ☐Otras pensiones (especifique) | | |
| ___ $ | | $ |
| ___ $ | | $ |
| ☐Otros ingresos (especifique) | | |
| ___ $ | | $ |

7. Frecuencia de pago de su salario:

☑Semanal ☐Bisemanal ☐Quincenal ☐Mensual

8. Desglose de salario (incluya talonario o certificación patronal)
*** Debe desglosarse en base mensual ***

| | Declarante | Cónyuge |
|---|---|---|
| Salario bruto...$ | 5,600 | $ |
| Deducciones: | | |
| Cont. / ingresos...$ | 392 | $ |
| Retiro...$ | | $ |
| Ahorro (AEELA)...$ | | $ |
| Seguro Social / Medicare...$ | 649 | $ |
| Plan médico...$ | | $ |
| Cuota Unión...$ | | $ |
| Otras...$ | | $ |
| Salario Neto...$ | 4,566 | $ |

Otros ingresos (especifique):

| | Declarante | Cónyuge |
|---|---|---|
| Propinas...$ | | $ |
| Comisiones...$ | | $ |
| Bonificaciones...$ | | $ |
| Horas extras...$ | | $ |
| Profit Sharing...$ | | $ |
| Car allowance...$ | | $ |
| Bono navidad...$ | | $ |
| Otros...$ | | $ |
| | $ | $ |

| Gastos Mensuales (Comience aqui) ↓ | Familia | | Alimentistas | | Gastos Mensuales (Continuación) ↓ | Familia | | Alimentista (Ver pagina) |
|---|---|---|---|---|---|---|---|---|
| | Mes | Año | Mes | Año | | Mes | Año | |
| 1. Vivienda | xxxxx | xxxxx | xxxxx | xxxxx | 14. Seguros | xxxxx | xxxxx | xxxxx xxxxx |
| ☐ Alquiler | $ | $ | xxxxx | xxxxx | ☐ De vida | $ | $ | xxxxx xxxxx |
| ☐ Hipoteca | $982 | $ | xxxxx | xxxxx | ☐ Hipoteca | $ | $ | $ $ |
| ☐ Pago de Mantenimiento | $175 | $ | xxxxx | xxxxx | ☐ Automóvil | $ | $ | $ $ |
| 2. Gas | $300 | $ | xxxxx | xxxxx | ☐ Otros (especifique) | $ | $ | $ $ |
| 3. Luz | 600 | $ | xxxxx | xxxxx | 15. Educación | | | |
| 4. Agua | $40 | $ | xxxxx | xxxxx | ☐ Matrícula | xxxxx | xxxxx | xxxxx xxxxx |
| 5. Teléfono | $— | $ | $ | xxxxx | ☐ Mensualidades | $ | $ | $ $ |
| 6. Celular | $ | $ | $ | xxxxx | ☐ Libros | $ | $ | $ $ |
| 7. Internet | $50 | $ | $ | xxxxx | ☐ Efectos escolares | $ | $ | $ $ |
| 8. Contribuciones sobre ingresos | $ | $ | xxxxx | xxxxx | ☐ Uniformes | $ | $ | $ $ |
| 9. Contribuciones sobre la Propiedad (CRIM) | $ | $ | xxxxx | xxxxx | ☐ Matrícula Universidad | $ | $ | $ $ |
| 10. Alimentos | xxxxx | xxxxx | xxxxx | xxxxx | ☐ Hospedaje | $ | $ | $ $ |
| ☑ En el hogar | $150 | $ | $ | $ | ☐ Actividades Extracurriculares | $ | $ | $ $ |
| ☐ Fuera del hogar | $200 | $ | $ | $ | 16. Cuido de hijos | | | |
| 11. Ropa | | | | | ☐ Cuido extendido | xxxxx | xxxxx | xxxxx xxxxx |
| ☐ Compra de ropa | xxxxx | xxxxx | xxxxx | xxxxx | ☐ Campamentos | $ | $ | $ $ |
| | $ | $ | $ | $ | ☐ Estudios Supervisados | $ | $ | $ $ |
| ☐ Tintorería (laundry) | $100 | $1200 | $ | $ | ☐ Tutorías | $ | $ | $ $ |
| ☐ Lavandería | $ | $ | $ | $ | ☐ Transportación | $ | $ | $ $ |
| 12. Entretenimiento | xxxxx | xxxxx | xxxxx | xxxxx | ☐ Otros | $ | $ | $ $ |
| ☐ Televisión por cable | $50 | $ | $ | $ | 17. Transportación | | | |
| ☐ Satélite | $ | $ | $ | $ | ☐ Préstamo de Automóvil | xxxxx | xxxxx | xxxxx xxxxx |
| ☐ Otros entretenimientos | $ | $ | $ | $ | ☐ Mantenimiento de automóvil | $ | $ | $ $ |
| 13. Salud | xxxxx | xxxxx | xxxxx | xxxxx | ☐ Estacionamiento | $ | $ | $ $ |
| ☐ Visitas al médico | $ | $ | $ | $ | ☐ Transportación Pública | $ | $ | $ $ |
| ☐ Seguro médico | $400 | $ | $ | $ | ☐ Peaje | $ | $ | xxxxx xxxxx |
| ☐ Deducibles | $ | $ | $ | $ | ☐ Gasolina | $ | $ | xxxxx xxxxx |
| ☐ Deducibles recurrentes | $ | $ | $ | $ | 18. Cuotas Profesionales o Uniones | $800 | $ | $ |
| ☐ Laboratorios | $ | $ | $ | $ | 19. Barbería / Salón de Belleza | $ | $ | $ $ |
| ☐ Medicinas | $ | $ | $ | $ | 20. Otros pagos de pensiones | $365 | $ | $ $ |
| ☐ Dental | $ | $ | $ | $ | 21. Otros gastos (especifique) Med... | $ | $ | $ $ |
| ☐ Visual | $ | $ | $ | $ | | $ | $ | $ $ |
| ☐ Emocional | $ | $ | $ | $ | | $ | $ | $ $ |
| ☐ Ortopedia | $ | $ | $ | $ | | | | |
| ☐ Otros (especifique) | $600 | $ | $ | $ | | | | |

Gastos de Lab. Dental y Meds

## C. PROPIEDADES

**Bienes Muebles:** (incluya valor aproximado)

1. Efectivo y cuentas bancarias (de cheque y similares): $500

2. Cuentas de ahorro, certificados de depósito e IRA: N/A

3. Inversiones (acciones, bonos, etc.): Medicoop 3000

4. Seguros (indique su valor en efectivo): N/A

5. Vehículos de motor: bote, motoras, motoras acuáticas, etc. (especifique marca, modelo, año, valor actual, número de tablilla y nombre del dueño): Toyota Avalon 1996 → $1,000.00

6. Créditos a su favor (pagarés, cuentas por cobrar, etc.; indique nombre y dirección del deudor:

7. Muebles del hogar:

8. Otros bienes muebles con valor individual mayor de $1,000.00: NO

**Bienes Inmuebles:** especifique la naturaleza del inmueble, la dirección y los datos de inscripción en el registro de la Propiedad.

Residencia principal: Calle El Vigía Y-18 Colinas Metrop. Guaynabo     Valor: $ 195,000

Otros inmuebles: _____     $ _____

_____     $ _____

VALOR TOTAL DE LAS PROPIEDADES (MUEBLES E INMUEBLES)..................     $ _____

### D. DEUDAS

| Acreedor (persona o entidad a la que le debe) | Tipo o Propósito de la deuda | Fecha en que contrajo deuda | Pago mensual | Balance adeudado |
|---|---|---|---|---|
| Quiebra | N/A | N/A | $700 | $51,000 |
| Renta Ofram | | | $700 | $14,000 |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| **TOTAL PARA EL PAGO MENSUAL Y EL BALANCE ADEUDADO** | | | $ | $ |

## VII ANEJOS

Indique los documentos que se acompañan con esta planilla para evidenciar la información que se incluye en la misma.

☑ Documentos relacionados a casos de quiebras

☐ Certificado de:
  ☐ Matrimonio
  ☐ Nacimiento
  ☐ Empleo
  ☐ Otros: _____

☐ Orden del tribunal sobre: _____

☐ Resoluciones del Tribunal sobre: _____

☐ Sentencia del Tribunal sobre: _____

☐ Declaraciones Juradas sobre: _____

☐ Contratos
☐ Talonarios al menos de los últimos seis meses
☑ Planilla de Contribución sobre Ingresos

☐ Escrituras
☐ Comprobante de retención sobre Ingresos (W 2)

**Nota:** Si no tiene disponible alguno de los documentos mencionados cuando presente esta planilla en la Secretaría del Tribunal, podrá proveerlo el día de la vista más cercana.

## JURAMENTO

Debe ser completado y firmado por el declarante independientemente si este es mayor o menor de edad. Si el declarante es menor de edad, se requiere además, que sea firmado por el padre o madre con patria potestad o tutor legal.

CERTIFICO, bajo juramento o afirmación, y sujeto(a) a las penalidades dispuestas para el delito de perjurio, que he completado esta planilla con la mayor exactitud y corrección posible, sin que haya omitido información pertinente sustancial alguna, y todos los datos ofrecidos en la misma son ciertos.

En _Sa_ , Puerto Rico, a _18_ de _Enero_ de _2011_.

_____
Padre o Madre o Tutor Legal

_____
Declarante

AFFIDÁVIT NUM. _____

Jurado y suscrito ante mí por _Luis López Rosado_

conforme a los medios provistos por ley, específicamente mediante _v. 1515737_ . Identificado

En _____ , de Puerto Rico, a_____ de _____ de _____ .

_____
Notario(a) Público

**MIGDALIA RIVERA COLÓN**
Secretaria Regional, Interina
Secretario(a) del Tribunal

_____
Secretario(a) Auxiliar

OAT 435 (Rev. junio 2006)
Planilla de Información Personal y Económica (PIPE)

# CERTIFICO

Caso Núm. _____

Yo, _Luis F. López Rosado_ certifico que he leído el presente documento y específicamente lo que comprende el Art. 225 del Código Penal 1974, según enmendado por la Ley 101 de 4 de junio de 1980.

Entiendo las consecuencias de haber incluido información falsa u omitido información en la Planilla de Información Personal y Económica.

Se me ha informado que el Tribunal podría, de entenderlo necesario, referir este caso a la Fiscalía de Bayamón.

En Bayamón, Puerto Rico a __18__ de __Enero__ de __2011__.

_____
Firma

Veredas del Río 349
_____
Dirección

Carolina PR 00987

Tel. Núm. __562-2301__

El Artículo 225 del Código Penal define el delito de perjurio. El mismo dispone textualmente:

**Artículo 225:**

Toda persona que habiendo jurado testificar, declarar, deponer o certificar la verdad ante cualquier Tribunal, organismo, funcionario o persona competente, en cualesquiera de los casos o procedimientos en que la ley permitiera tomar tal juramento, declare ser cierto cualquier hecho esencial, conociendo su falsedad o declare categóricamente sobre un hecho esencial cuya certeza no le conste, será sancionada con pena de reclusión por un término fijo de seis (6) años. De mediar circunstancias agravantes, la pena fija establecida podrá ser aumentada hasta un máximo de diez (10) años; de mediar circunstancias atenuantes, podría ser reducida hasta un mínimo de cuatro (4) años.

También incurrirá en perjurio toda persona que bajo las circunstancias establecidas en el párrafo anterior, prestare dos o más testimonios, declaraciones, deposiciones o certificaciones irreconciliables entre sí. En este caso será innecesario establecer la certeza o falsedad de los hechos envueltos.

Cuando una persona declare incurriendo en perjurio y dicha declaración tuviere como consecuencia la convicción y reclusión del acusado, establecido este hecho, se considerará como delito agravado de perjurio a los fines de la imposición de la pena, la cual será de reclusión por un término fijo de nueve (9) años. De mediar circunstancias agravantes, podrá ser aumentada hasta un máximo de quince (15) años; de mediar circunstancias atenuantes, podrá ser reducida hasta un mínimo de seis (6) años-Código Penal, 1974, según enmendado por la Ley 101 de 4 de junio de 1980."

# INFORMACION MINIMA DENTRO DEL CUERPO
## DE LA ORDEN DE PENSION ALIMENTARIA

**Parte alimentista**

Nombre: Migna Salgado - Salga

Seguro Social: 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

Fecha de nac: Mayo 24, 1959

Dirección: El Vigía y-18
Colinas Metrop
Guzalo PR 00969
Teléfono: 509-6368

Nombre y Dirección del Patrono:

_____

_____

_____

Teléfono: _____

Plan médico: SSS

Cubierta: pago directo

O Básica  O Medicina  O Plan Dental

Nombre y fecha de nac. De los menores:

1. Luis F. López Salgado

2. _____

3. _____

4. _____

5. _____

**Parte alimentante**

Nombre: Luis F. López Rosado

Seguro Social: 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

Fecha de Nac: Marzo 16, 1960

Dirección: Vereda del Río
# F-349
Carolina PR
Teléfono: 562-230

Nombre y Dirección del Patrono:

Oficina propia

_____

_____

Teléfono: 824-3828

Plan médico: SSS

Cubierta: pago directo

O Básica  O Medicina  O PLAN Dental

Nombre y fecha de nac. De los menores:

Abril 28, 1990



**BlueCross BlueShield of Puerto Rico**

14 de enero de 2011

LOPEZ ROSADO, LUIS F
PO BOX 3857
GUAYNABO   PR     00970-3857

## A QUIEN PUEDA INTERESAR

Certificamos que el seguro que **LOPEZ ROSADO, LUIS F** mantenía con Triple-S Salud bajo la póliza: **1-03262-002** contrato: **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-05** se canceló al **el 1 de enero de 2011**.

Los siguientes dependientes estaban incluídos:

01   LOPEZ SALGADO LUIS F

20   SALGADO OJEDA MIGNA L

Cordialmente,

Oficial de Servicio
111



**(787) 774-6060**

English   Inicio   Contáctanos   Directorio Médico

01

| Asegurado | Administrador de Grupo | Proveedores de Servicio | Productores |
|---|---|---|---|
| Planes y Productos | Servicios    Tu Salud | Comunidad | Sobre Triple-S |

**Asegurado**
**Mi Perfil**

Mi Plan ▸

Mis Programas ▸

Que debo hacer para... ▸

Hazlo tu mismo ▸

Nueva tarjeta de asegurado

Mi Perfil

Evalúa el Riesgo de tu Salud

Búsqueda de Médicos, Dentistas y Proveedores

Cómo reportar situaciones de fraude

Mis Enlaces

Cómo proteger mi información de salud

Preguntas Comunes

Registro de Nuevo Rol

SSS Farmacia

SSS Preventivo

Pagos

Cambiar Contraseña

Cambiar Correo Electrónico

Desconectar

Vital para Ti

Los peligros de la obesidad

**Balance actual:**   **$307.10**

*Balance actual puede no reflejar pagos efectuados recientemente.*

Pagar mi factura

| | |
|---|---|
| **Nombre:** | MIGNA L SALGADO OJEDA |
| **# de Contrato:** | 0012345947239 |
| **Seguro Social:** | *****1960 |
| **Cubiertas:** | BA413 D63 M |
| **Deducibles:** | Generalist=$5 Specialist=$10 Sub Specialist=$15 Hospital=$150 Emergency=$50 ER Teleconsulta=$25 Laboratory=25% Radiology=25% |

| | |
|---|---|
| **Dirección Postal:** | COLINAS METROPOLITANAS Y 18 CALLE EL VIGIA GUAYNABO, PR 00969 |
| **Teléfono Casa:** | 7274644 |
| **Teléfono Celular:** | |
| **Teléfono Oficina:** | 5096368 Cambiar Dirección |

| | |
|---|---|
| **E-mail:** | mignasal@gmail.com Cambiar Correo Electrónico |

**Triple-S Salud**

Información de Licencias

**Permítanos Ayudarle**

Servicio al Cliente: (787) 774-6060

© 2010 Triple-S Salud, Inc.

Triple-S Salud es un concesionario independiente

Empleos
Términos de Uso
Política de Privacidad
Requisitos para el uso del portal

Fax: (787) 706-2833
Email: servicioalcliente@ssspr.com
Centros de Servicio

de la Blue Cross and Blue Shield Association cuya
área de servicio es Puerto Rico. Triple-S Salud es
una subsidiaria de Triple-S Management
Corporation.