IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO LOPEZ ROSADO

CASE NO. 10-08677 BKT

Chapter 13

XXX-XX-8055

**FILED & ENTERED ON 3/14/2011**

Debtor(s)

## ORDER

The debtor's motion to request to excuse debtor from appearing at the hearing on the confirmation (docket #47) is hereby noted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    JOSE L JIMENEZ QUINONES
    ALEJANDRO  OLIVERAS RIVERA