**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **CASE NO. 10-08677 (BKT)** |
| **LUIS F. LOPEZ ROSADO** | **CHAPTER 13** |
| **DEBTOR** | |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW,** creditor **MIGNA SALGADO OJEDA's** counsel that very respectfully states and informs:

1. On April 5, 2011, creditor Migna Salgado Ojeda died of an asthma attack suffered at her home.

2. The undersigned informed creditor's death to the Commonwealth of Puerto Rico's Tribunal of First Instance, Family Relations Court of Bayamon Judicial Region in relation with Case Number Civil D DI2006-1999, (4005).

3. On April 15th, 2011, the state court issued an order cancelling all future hearings in the case that were going to be held with the Domestic Support Examination Officer, on June 8th and 22nd of 2011 and July 22nd, 2011.

4. Therefore, the undersigned informs to this Honorable Court of the cancellation of said state court's domestic support determination and review hearings, and respectfully requests to withdraw as counsel for such creditor.

5. Further, we respectfully remind the court that debtor and the deceased creditor did not divide and liquidate their community property estate, that now this situation is further entangled with his son's inheritance.

**WHEREFORE,** for the reasons stated above the undersigned counsel respectfully informs and requests from the Court to enter the corresponding orders regarding creditor Migna Luz Salgado Ojeda's death and her claims.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same day, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filling to the Bankruptcy Trustee, the attorney for the debtor and all participants of CM/ECF system.

San Juan, Puerto Rico, this 2nd day of May, 2011.

**s./ Luis Francisco Zayas Marxuach**
**USDC-PR No. 221013**
Zayas- Mayo Law Offices, P.S.C.
PO Box 363462
San Juan, PR 00936-3462
Phone: (787) 929-3311
Fax: (787) 200-4566
E-mail: zayasmayolaw@gmail.com