## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**LUIS FRANCISCO LOPEZ ROSADO**

**Case
10-08677
BKT**

**Chapter 13**

**Debtor (s)**

## Monthly Financial Report for Business (D/B/A)
### (Chapter 13 Trustee Alejandro Oliveras Rivera)

FOR THE PERIOD BEGINNING NOVEMBER 1,2010 _____ AND ENDING NOVEMBER 30, 2010

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIÓD | $ 1,196.10 | $ 2,426.36 |
| B. | RECEIPTS: | $ 7,671.60 | $ 6,959.39 |
| 1. | Cash Sales | $ | $ |
| | Less: Cash Refunds | $ | $ |
| | Net Cash Sales | $ | $ |
| 2. | Collection on post petition A/R | $ | $ |
| 3. | Collection on pre petition A/R | $ | $ |
| 4. | Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 7,671.60 | $ 6,959.39 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ 8,867.70 | $ 9,385.75 |
| E. | DISBURSEMENT | $ | $ |
| 1. | Net Payroll | $ | $ |
| 2. | Payroll Taxes Paid | $ | $ |
| 3. | Sales and Use Taxes | $ | $ |
| 4. | Other Taxes | $ | $ |
| 5. | Rent | $ 700.00 | $ 700.00 |
| 6. | Other Leases (Attach details) | $ | $ |
| 7. | Telephone, celular, internet | $ 310.16 | $ 72.31 |
| 8. | Utilities | $ 450.86 | $ 604.77 |
| 9. | Travel and Transportation(Gas % toll) | $ 302.61 | $ 140.50 |
| 10. | Vehicle Expenses | $ | $ |
| 11. | Office Supplies | $ 58.40 | $ |
| 12. | Advertising | $ | $ |
| 13. | Insurance | $ | $ |
| 14. | Purchases of Fixed Assets | $ | $ |
| 15. | Purchases of Inventory( Dental Materials) | $ 396.29 | $ 281.01 |
| 16. | Manufacturing Supplies | $ | $ |
| 17. | Repairs and Maintenance | $ 82.17 | $ 292.88 |
| 18. | Payment to Secured Creditors (Business loans) | $ | $ |
| 19. | Other Operating Expenses (electronic billing) | $ 145.00 | $ 710.00 |
| F. | TOTAL CASH DISBURSEMENS | $ 2,445.49 | $ 2,801.47 |
| G. | ENDING CASH BALANCE | $ 6,422.21 | $ 6,584.28 |

| | | | | |
|---|---|---|---|---|
| H | ENDING CASH BALANCE (THIS PERIOD) | $ 6,422.21 | $ | 6,584.28 |
| I. | OTHER INCOME | | | |
| | 1. Salaries and commissions | $ | $ | |
| | 2. Interest or dividends | $ | $ | |
| | 3. Rent | $ | $ | |
| | 4. Other | $ | $ | |
| | SUB TOTAL (OTHER INCOME) | | $ | |
| | | | | |
| J. | TOTAL AVAILABLE INCOME | $ 6,422.21 | $ | 6,584.28 |
| K. | PERSONAL EXPENSES | $ | $ | |
| | 1. Federal Taxes | $ | $ | |
| | 2. State Taxes | $ | $ | |
| | 3. Other Taxes | $ | $ | |
| | 4. Utilities/ DSO | $ 209.22 | $ | 284.50 |
| | 5. Mortgage / Rent | $ 981.58 | $ | 981.58 |
| | 6. Insurance Premiums | $ | $ | |
| | 7. Food | $ 334.3 | $ | 181.61 |
| | 8. Medical / Dental | $ 674.40 | $ | 674.40 |
| | 9. Loan Payments (Attach detailed statement) | $ | $ | |
| | 10. Transportation (Attach detailed statement) | $ | $ | |
| | 11. Clothing | $ 160.47 | $ | |
| | 12. Gift and Donations/ entertainment | $ 505.39 | $ | 28.67 |
| | 13. Tuition / Education/ **DSO** | $ 1,165.00 | $ | 1,165.00 |
| | 14. Chapter 13 Trustee Monthly Payment | $ 701.50 | $ | 700.00 |
| | 15. Other (Cash withdrawal) | $ 363.50 | $ | 1,315.00 |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ 5,095.36 | $ | 5,388.18 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ 1,326.85 | $ | 1,196.10 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.


s/Luis F. Lopez Rosado

Signature of Debtor


June 21, 2011

Date


Signature of Joint Debtor


Jose L. Jimenez Quiñones, Esq.

Debtor (s) attorney

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**LUIS FRANCISCO LOPEZ ROSADO**

**Case NO. 10- 08677 BKT**

**Chapter 13**

Debtor (s)

## Monthly Financial Report for Business (D/B/A)
### (Chapter 13 Trustee Alejandro Oliveras Rivera)

FOR THE PERIOD BEGINNING _____12/01/2010_____AND ENDING _____12/31/2010_____

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

|   |   | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ 1,326.85 | $ 1,196.10 |
| B. | RECEIPTS: | $ 8,014.25 | $ 7,671.6 |
|  | 1. Cash Sales | $ | $ |
|  | Less: Cash Refunds | $ | $ |
|  | Net Cash Sales | $ | $ |
|  | 2. Collection on post petition A/R | $ | $ |
|  | 3. Collection on pre petition A/R | $ | $ |
|  | 4. Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 8,014.25 | $ 7,671.60 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ 9,341.10 | $ 8,867.7 |
| E. | DISBURSEMENT | $ | $ |
|  | 1. Net Payroll | $ | $ |
|  | 2. Payroll Taxes Paid | $ | $ |
|  | 3. Sales and Use Taxes | $ | $ |
|  | 4. Other Taxes | $ | $ |
|  | 5. Rent | $ 700.00 | $ 700.00 |
|  | 6. Other Leases (Attach details) | $ | $ |
|  | 7. Telephone( office, internet & cell ) | $ 390.05 | $ 310.16 |
|  | 8. Utilities ( Elect & wáter) | $ 449.65 | $ 450.86 |
|  | 9. Travel and Transportation(gas+toll expenses) | $ 472.48 | $ 302.61 |
|  | 10. Vehicle Expenses | $ | $ |
|  | 11. Office Supplies | $ 149.32 | $ 58.4 |
|  | 12. Advertising | $ | $ |
|  | 13. Insurance | $ | $ |
|  | 14. Purchases of Fixed Assets | $ | $ |
|  | 15. Purchases of Inventory (Dental materials) | $ 157.81 | $ 396.29 |
|  | 16. Manufacturing Supplies | $ | $ |
|  | 17. Repairs and Maintenance (electronic billing fee) | $ 145.00 | $ 82.17 |
|  | 18. Payment to Secured Creditors (Business loans) | $ | $ |
|  | 19. Other Operating Expenses (Dental labs) | $ 675.00 | $ 145.00 |
| F. | TOTAL CASH DISBURSEMENS | $ 3,139.31 | $ 2,445.49 |
| G. | ENDING CASH BALANCE | $ 6,201.79 | $ 6,422.21 |

| | | | | |
|---|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $ | 6,201.79 | |
| I. | OTHER INCOME | $ | | |
| | 1. Salaries and commissions | $ | | $ |
| | 2. Interest or dividends | $ | | $ |
| | 3. Rent | $ | | $ |
| | 4. Other | $ | | $ |
| | SUB TOTAL (OTHER INCOME) | | | $ |
| | | | | |
| J. | TOTAL AVAILABLE INCOME | $ | 6,201.79 | $ 6,422.21 |
| K. | PERSONAL EXPENSES | $ | | $ |
| | 1. Federal Taxes | $ | | $ |
| | 2. State Taxes | $ | | $ |
| | 3. Other Taxes | $ | | $ |
| | 4. Utilities /DSO (wáter,cellphone,resident ass. fee.) | $ | 204.14 | $ 209.22 |
| | 5. Mortgage / Rent | $ | 981.58 | $ 981.58 |
| | 6. Insurance Premiums | $ | | $ |
| | 7. Food | $ | 198.39 | $ 334.30 |
| | 8. Medical / Dental**(Note 1)** | $ | 1,825.50 | $ 674.40 |
| | 9. Loan Payments | $ | | $ |
| | 10. Transportation | $ | | $ |
| | 11. Clothing | $ | 80.15 | $ 160.47 |
| | 12. Gift and Donations/ (christmas presents to son) | $ | 540.75 | $ 505.39 |
| | 13. Tuition / Education/DSO(AD statement) | $ | 1,165.00 | $ 1,165.00 |
| | 14. Chapter 13 Trustee Monthly Payment | $ | 700.00 | $ 701.50 |
| | 15. Other | $ | 486.00 | $ 363.50 |
| | | | | |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | 6181.51 | $ 5,095.36 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ | 20.28 | $ 1,326.85 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

s/ Luis F. López Rosado  
Signature of Debtor

June 21, 2011  
Date

Signature of Joint Debtor

José L. Jiménez Quiñones  
Debtor (s) attorney

**Note 1** (2 months payment of 674.40,  
advanced payment of January month new contracts for 453.30  
125.00 psicologist, 23.40 medical charges.)

**LUIS FRANCISCO LOPEZ ROSADO**

**Case NO. 10- 08677 BKT**

**Chapter 13**

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee Alejandro Oliveras Rivera)

FOR THE PERIOD BEGINNING ___01/01/2011___ AND ENDING ___01/31/2011___

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ 20.28 | $ 1326.85 |
| B. | RECEIPTS: | $ 5,608.00 | $ 8,014.25 |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds | $ | $ |
| | Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 5,608.00 | $ 8,014.25 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ 5,628.28 | $ 9,341.10 |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $ | $ 700.00 |
| | 6. Other Leases | $ | $ |
| | 7. Telephone (officel/ int& cell ) | $ 336.52 | $ 390.05 |
| | 8. Utilities( Elec bill) | $ 275.96 | $ 449.65 |
| | 9. Travel and Transportation(gas+ toll expenses) | $ 279.63 | $ 472.48 |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies | $ 99.63 | $ 149.32 |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory (Dental materials) | $ 137.03 | $ 157.81 |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance(electronic billing fee) | $ 145.00 | $ 145.00 |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses (Dental labs) | $ 245.00 | $ 675.00 |
| F. | TOTAL CASH DISBURSEMENS | $ 1518.77 | $ 3,139.31 |
| G. | ENDING CASH BALANCE | $ 4,109.51 | $ 6,201.79 |

| | | | | |
|---|---|---|---|---|
| H | ENDING CASH BALANCE (THIS PERIOD) | $ 4109.51 | $ 6,201.79 |
| I. | OTHER INCOME | | |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| | | | |
| J. | TOTAL AVAILABLE INCOME | $ 4109.51 | $ 6,201.79 |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities /DSO(water,cell, residents assc. fee) | $ 344.60 | $ 204.14 |
| | 5. Mortgage / Rent **(Note 1)** | $ 981.58 | $ 981.58 |
| | 6. Insurance Premiums | $ | $ |
| | 7. Food | $ 195.58 | $ 198.39 |
| | 8. Medical / Dental(psicologist) | $ 125.00 | $ 1,825.50 |
| | 9. Loan Payments) | $ | $ |
| | 10. Transportation | $ | $ |
| | 11. Clothing | $ 12.81 | $ 80.15 |
| | 12. Gift and Donations/entertainment | $ 151.61 | $ 540.75 |
| | 13. DSO child support 800.00 | $ 800.00 | $ 1,165.00 |
| | 14. Chapter 13 Trustee Monthly Payment | $ 701.50 | $ 700.00 |
| | 15. Other (ATH withdrawals) | $ 303.00 | $ 486.00 |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ 3,615.68 | $ 6181.51 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ 493.83 | $ 20.28 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.


s/ Luis F. Lopez Rosado

Signature of Debtor

June 21, 2011

Date


Jose L. Jimenez Quiñones, Esq.

Signature of Joint Debtor

Debtor (s) attorney


NOTES:

1. DSO mortgage

2. DSO Alimony $365 , DSO child support 800.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**LUIS FRANCISCO LOPEZ ROSADO**

**Case NO. 10- 08677 BKT**

**Chapter 13**

**Debtor (s)**

**Monthly Financial Report for Business (D/B/A)**
**(Chapter 13 Trustee Alejandro Oliveras Rivera)**

FOR THE PERIOD BEGINNING ___02/01/2011___ AND ENDING ___02/28/2011___

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ 493.83 | 20.28 |
| B. | RECEIPTS: | $ 5,785.31 | $ 5,608.00 |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds | $ | $ |
| | Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 5,785.31 | $ 5,608.00 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ 6,279.14 | $ 5,628.28 |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $ 700.00 | $ |
| | 6. Other Leases | $ | $ |
| | 7. Telephone (officel/ int& cell ) | $ 126.93 | $ 336.52 |
| | 8. Utilities( Elec bill) | $ 408.16 | $ 275.96 |
| | 9. Travel and Transportation(gas+ toll expenses) | $ 342.23 | $ 279.63 |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies | $ 163.76 | $ 99.63 |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory (Dental materials) | $ 426.57 | $ 137.03 |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance(electronic billing fee) | $ 145.00 | $ 145.00 |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses  Note 1 | $ 415.00 | $ 245.00 |
| F. | TOTAL CASH DISBURSEMENS | $ 2,727.65 | $ 1518.77 |
| G. | ENDING CASH BALANCE | $ 3,551.49 | $ 4,109.51 |

| | | | | |
|---|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $ 3,551.49 | $ 4,109.51 |
| I. | OTHER INCOME | | |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| | | | |
| J. | TOTAL AVAILABLE INCOME | $ 3551.49 | $ 4,109.51 |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities /DSO(electricity,water,cell phone) | $ 450.06 | $ 344.60 |
| | 5. Mortgage / Rent | $ | $ 981.58 |
| | 6. Insurance Premiums | $ | $ |
| | 7. Food | $ 181.35 | $ 195.58 |
| | 8. Medical / Dental | $ 405.30 | $ 125.00 |
| | 9. Loan Payments) | $ | $ |
| | 10. Transportation | $ | $ |
| | 11. Clothing | $ 104.29 | $ 12.81 |
| | 12. Gift and Donations/entertainment | $ 225.00 | $ 1,51.61 |
| | 13. DSO child supportDSO Alimony (**Note 2**) | $ 1165.00 | $ 800.00 |
| | 14. Chapter 13 Trustee Monthly Payment | $ 702.45 | $ 701.50 |
| | 15. Other (ATH withdrawals) | $ 160.00 | $ 303.00 |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ 3,393.45 | $ 3,615.68 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ 158.04 | $ 493.83 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.


s/ Luis F. López Rosado

Signature of Debtor

June 21, 2011

Date


Signature of Joint Debtor

José L. Jiménez Quiñones, Esq.

Debtor (s) attorney


NOTES:

1. Dental Lab & Continuing education courses

2. DSO Alimony $365 , DSO child support 800.00

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**LUIS FRANCISCO LOPEZ ROSADO**

**Case NO. 10- 08677 BKT**

**Chapter 13**

**Debtor (s)**

## Monthly Financial Report for Business (D/B/A)
### (Chapter 13 Trustee Alejandro Oliveras Rivera)

FOR THE PERIOD BEGINNING ___03/01/2011___ AND ENDING ___03/31/2011___

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ 158.04 | 493.83 |
| B. | RECEIPTS: | $ 9,857.38 | $ 5,785.31 |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds | $ | $ |
| | Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 9,857.38 | $ 5,785.31 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ 10,015.42 | $ 6,279.14 |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $ 1,403.00(2 months) | $ 700.00 |
| | 6. Other Leases | $ | $ |
| | 7. Telephone (officel/ int& cell ) | $ 267.54 | $ 126.93 |
| | 8. Utilities( Elec bill) | $ | $ 408.16 |
| | 9. Travel and Transportation(gas+ toll expenses) | $ 413.96 | $ 342.23 |
| | 10. Vehicle Expenses (Repairs) | $ 640.00 | $ |
| | 11. Office Supplies | $ 235.88 | $ 163.76 |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ 261.83 | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory (Dental materials) | $ 330.70 | $ 426.57 |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance(electronic billing fee) | $ 145.00 | $ 145.00 |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses  Note 1 | $ 735.00 | $ 415.00 |
| F. | TOTAL CASH DISBURSEMENS | $ 4,432.91 | $ 2,727.65 |
| G. | ENDING CASH BALANCE | $ 5,582.51 | $ 3,551.49 |

| | | | |
|---|---|---|---|
| H | ENDING CASH BALANCE (THIS PERIOD) | $ 5,582.51 | $ 3,551.49 |
| I. | OTHER INCOME | | |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $ 5,582.51 | $ 3,551.49 |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities /DSO(electricity,water,cell phone) | $ 381.96 | $ 450.06 |
| | 5. Mortgage / Rent | $ 2,017.84 | $ |
| | 6. Insurance Premiums | $ 261.83 | $ |
| | 7. Food | $ 321.39 | $ 181.35 |
| | 8. Medical / Dental | $ 239.75 | $ 405.30 |
| | 9. Loan Payments) | $ | $ |
| | 10. Transportation | $ | $ |
| | 11. Clothing | $ 48.10 | $ 104.29 |
| | 12. Gift and Donations/entertainment | $ | $ 225.00 |
| | 13. DSO child supportDSO Alimony (Note 2) | $ 1,530.00 | $ 1,165.00 |
| | 14. Chapter 13 Trustee Monthly Payment | $ 701.50 | $ 702.45 |
| | 15. Other (ATH withdrawals) | $ 71.50 | $ 160.00 |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ 5,573.87 | $ 3,393.45 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ 8.64 | $ 158.04 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

s/ Luis F. López Rosado
Signature of Debtor

June 21, 2011
Date


Signature of Joint Debtor

José L. Jiménez Quiñones, Esq.
Debtor (s) attorney


NOTES:

1. Dental Lab 400.00/ Continuing education courses60.00/professional membership 275.00

2. DSO Alimony $365(2 months) , DSO child support 800.00

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**LUIS FRANCISCO LOPEZ ROSADO**

**Case NO. 10- 08677 BKT**

**Chapter 13**

**Debtor (s)**

## Monthly Financial Report for Business (D/B/A)
### (Chapter 13 Trustee Alejandro Oliveras Rivera)

FOR THE PERIOD BEGINNING ___04/01/2011___ AND ENDING ___04/30/2011___

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ 8.64 | 158.04 |
| B. | RECEIPTS: | $ 3,468.31 | $ 9,857.38 |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds | $ | $ |
| | Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 3,476.95 | $ 9,857.38 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ | $ 10,912.07 |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $ | $ 1403.00(2 months) |
| | 6. Other Leases | $ | $ |
| | 7. Telephone (officel/ int& cell ) | $ 334.92 | $ 267.54 |
| | 8. Utilities( Elec bill) | $ 308.04 | $ |
| | 9. Travel and Transportation(gas+ toll expenses) | $ 221.34 | $ 413.96 |
| | 10. Vehicle Expenses (Repairs) | $ 24.60 | $ 640.00 |
| | 11. Office Supplies | $ | $ 235.88 |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory (Dental materials) | $ 92.07 | $ |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance(electronic billing fee) | $ 145.00 | $ 145.00 |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses | $ | $ 735.00 |
| F. | TOTAL CASH DISBURSEMENS | $ 1,125.97 | $ 4,432.91 |
| G. | ENDING CASH BALANCE | $ 2,350.98 | $ 5,582.51 |

| | | | | | |
|---|---|---|---|---|---|
| H | ENDING CASH BALANCE (THIS PERIOD) | $ | 2,350.98 | $ | 5,582.51 |
| I. | OTHER INCOME | | | | |
| | 1. Salaries and commissions | $ | | $ | |
| | 2. Interest or dividends | $ | | $ | |
| | 3. Rent | $ | | $ | |
| | 4. Other | $ | | $ | |
| | SUB TOTAL (OTHER INCOME) | | | $ | |
| J. | TOTAL AVAILABLE INCOME | $ | 2,350.98 | $ | 5,582.61 |
| K. | PERSONAL EXPENSES | $ | | $ | |
| | 1. Federal Taxes | $ | | $ | |
| | 2. State Taxes | $ | | $ | |
| | 3. Other Taxes | $ | | $ | |
| | 4. Utilities /DSO(electricity,water,cell phone) | $ | 41.17 | $ | 381.96 |
| | 5. Mortgage / Rent | $ | 344.20 | $ | 2,017.84 |
| | 6. Insurance Premiums | $ | | $ | 261.83 |
| | 7. Food | $ | 434.41 | $ | 321.29 |
| | 8. Medical / Dental | $ | 282.84 | $ | 239.75 |
| | 9. Loan Payments) | $ | | $ | |
| | 10. Transportation | $ | | $ | |
| | 11. Clothing | $ | 189.85 | $ | 48.10 |
| | 12. Gift and Donations/entertainment, cable tv | $ | 237.64 | $ | 225.00 |
| | 13. DSO child supportDSO Alimony **(Note 2)** | $ | | $ | 1,530.00 |
| | 14. Chapter 13 Trustee Monthly Payment | $ | | $ | 701.50 |
| | 15. Other (FUNERAL SERVICESs) | $ | 900.00 | $ | 71.50 |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | 2,430.11 | $ | 5,573.87 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ | - 79.13 | $ | 8.64 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

s/ Luis F. López Rosado

Signature of Debtor

June 21, 2011

Date

Signature of Joint Debtor

José L. Jiménez Quiñones

Debtor (s) attorney

NOTES:

1.

2.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**LUIS FRANCISCO LOPEZ ROSADO**

**Case NO. 10- 08677 BKT**

**Chapter 13**

**Debtor (s)**

## Monthly Financial Report for Business (D/B/A)
### (Chapter 13 Trustee Alejandro Oliveras Rivera)

FOR THE PERIOD BEGINNING ___05/01/2011___ AND ENDING ___05/31/2011___

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

|  |  | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ -79.13 | $8.64 |
| B. | RECEIPTS: | $ 5,764.91 | $ 3,468.31 |
|  | 1. Cash Sales | $ | $ |
|  | Less: Cash Refunds | $ | $ |
|  | Net Cash Sales | $ | $ |
|  | 2. Collection on post petition A/R | $ | $ |
|  | 3. Collection on pre petition A/R | $ | $ |
|  | 4. Other receipts | $ | $ |
| C. | TOTAL RECEIPTS | $ 5,764.91 | $ 3,476.95 |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $ 5,685.78 | $ 3,476.95 |
| E. | DISBURSEMENT | $ | $ |
|  | 1. Net Payroll | $ | $ |
|  | 2. Payroll Taxes Paid | $ | $ |
|  | 3. Sales and Use Taxes | $ | $ |
|  | 4. Other Taxes | $ | $ |
|  | 5. Rent | $ 700.00 | $ |
|  | 6. Other Leases | $ | $ |
|  | 7. Telephone (office cel/ int& cell ) | $ 239.44 | $ 334.92 |
|  | 8. Utilities( Elec bill) | $ 295.33 | $ 308.04 |
|  | 9. Travel and Transportation(gas+ toll expenses) | $ 334.25 | $ 221.34 |
|  | 10. Vehicle Expenses (Repairs) | $ 236.87 | $ 24.60 |
|  | 11. Office Supplies | $ | $ |
|  | 12. Advertising | $ | $ |
|  | 13. Insurance | $ | $ |
|  | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
|  | 15. Purchases of Inventory (Dental materials) | $ 195.00 | $ 92.07 |
|  | 16. Manufacturing Supplies | $ | $ |
|  | 17. Repairs and Maintenance(electronic billing fee) | $ 145.00 | $ 145.00 |
|  | 18. Payment to Secured Creditors (Business loans) | $ | $ |
|  | 19. Other Operating Expenses | $ 104.86 | $ |
| F. | TOTAL CASH DISBURSEMENS | $ 2,250.75 | $ 1125.97 |
| G. | ENDING CASH BALANCE | $ 3,435.03 | $ 2350.98 |

| | | | | |
|---|---|---|---|---|
| H | ENDING CASH BALANCE (THIS PERIOD) | $ 3,435.03 | $ 2350.98 |
| I. | OTHER INCOME | | |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| | | | |
| J. | TOTAL AVAILABLE INCOME | $ 3,435.03 | $ 2350.98 |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities /DSO(electricity,water,cell phone) | $ 689.44 | $ 41.17 |
| | 5. Mortgage / Rent | $ | $ 344.20 |
| | 6. Insurance Premiums | $ | $ |
| | 7. Food | $ 680.40 | $ 434.41 |
| | 8. Medical / Dental | $ 640.55 | $ 282.84 |
| | 9. Loan Payments) | $ | $ |
| | 10. Transportation | $ | $ |
| | 11. Clothing | $ 150.06 | $ 189.85 |
| | 12. Gift and Donations/entertainment, cable tv | $ 110.53 | $ 237.64 |
| | 13. DSO child support DSO Alimony | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ 701.50 | $ |
| | 15. Other (FUNERAL SERVICES's) | $ | $ 900.00 |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ 2,972.48 | $ 2,430.11 |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ 462.55 | $ -79.13 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.


s/ Luis F. López Rosado
_____
Signature of Debtor

June 21, 2011
_____
Date


_____
Signature of Joint Debtor

José L. Jiménez Quiñones
_____
Debtor (s) attorney


NOTES:

1.

2.