United States Bankruptcy Court
District of Puerto Rico

In re:                                                                    Case No. 10-08677-BKT
LUIS FRANCISCO LOPEZ ROSADO                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3          User: aguayob          Page 1 of 1          Date Rcvd: Jun 30, 2011
                             Form ID: pdf003         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
db           +LUIS FRANCISCO LOPEZ ROSADO,    PO BOX 3857,   GUAYNABO, PR 00970-3857
smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
               SAN JUAN, PR 00918
cr           +MIGNA SALGADO OJEDA,    COLINAS METROPOLITANAS,   Y-18 CALLE EL VIGIA,   GUYANABO, PR 00969-5242
cr            Midland Funding, LLC by American InfoSource LP,    PO Box 248897,   Oklahoma City, OK 73124-8897
3071782       MARIA C CESTERO LOPEZ,    CO PEDRO ORTIZ ALVAREZ ESQ,    APARTADO 9009,   PONCE PR 00732-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jun 30 2011 19:02:09     US TRUSTEE,   EDIFICIO OCHOA,
               500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                   TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            MARIA C CESTERO-LOPEZ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                          **Signature:**        *Joseph Speetjens*

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

**IN RE:**

**CASE NO. 10-08677 BKT**

**LUIS FRANCISCO LOPEZ ROSADO**

**Chapter 13**

**XXX-XX-8055**

<span style="color:red">**FILED & ENTERED ON 06/30/2011**</span>

**Debtor(s)**

---

## ORDER SETTING EVIDENTIARY HEARING

On 3/14/2011, debtor filed a motion to avoid lien with Maria Concepcion Cestero Lopez (docket #50). Maria Conception Cestero Lopez filed a reply (docket #62).

You are hereby notified that an evidentiary hearing on said contested matter will be held on **08/17/2011 at 09:00 A.M.**, before the undersigned, whose courtroom is located at the US Post Office & Courthouse Bldg.; **Courtroom No.3, 3rd Floor, Street 300 Del Recinto Sur, San Juan, Puerto Rico.** Unless excused for good cause, each party shall be represented at the evidentiary hearing by counsel who is to conduct the evidentiary hearing on behalf of said party, and who shall be thoroughly familiar with the facts and applicable law of the case. The parties will file a joint pretrial report with this court <u>SEVEN</u> (7) calendar days prior to the above date scheduled for the pretrial conference.

The parties will file a joint pretrial report seven (7) days before the hearing set which will contain:
1.  Theory of the parties.
2.  Statement of the issues.
3.  Statement of uncontested facts.
4.  List of witnesses (qualifications of expert witness must be attached). A brief summary of their expected testimony.
5.  Copy of exhibits and/or identifications duly marked.
6.  Objections to admissibility of evidence.
7.  Memoranda of Law in support of each party's position.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

8.    Enclosed is a copy of Form AO 187 (Exhibits and Witness List), which should be filled out, marking and enumerating each exhibit, and making sure that each party has one copy of the list and exhibits for its use at trial.

Failure to comply with this order may result in the imposition of any sanctions that the court may deem appropriate, including the dismissal of the case, striking pleadings, or as provided in Rule 16(f) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

San Juan, Puerto Rico, this 30 day of June, 2011.

**Brian K. Tester**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## EXHIBIT AND WITNESS LIST

CASE NO.  10-08677 BKT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S): | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page_____of_____Pages

# EXHIBIT AND WITNESS LIST - CONTINUATION

CASE NO. 10-08677 BKT

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page_____of _____Pages