IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO LOPEZ ROSADO

CASE NO  10-08677-BKT

CHAPTER 13

DEBTOR(S)

### TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **October 22, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: TBD

AMENDED PLAN DATE: March 15, 2011              PLAN BASE: $51,170.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 7/29/2011

☐ FAVORABLE              [X] UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   to pay secured and priority claims

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   Plan does not provide for secured claim #7, being objected by trustee for lack of evidence of perfection of security.

7. [X] OTHER:
   Motion for avoidance of judicial lien against creditor Mrs. Maria C. Cestero Lopez pending. Also, counsel for debtor to clarify discrepancy in balance to be paid of atty's fees ( R2016; $1,000 & Plan; $1,274)

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$2,000.00/$1,000.00

Atty: JIMENEZ QUINONES LAW

/s/ Miriam Salwen Acosta

Miriam Salwen Acosta
USDC # 208910
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062