IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO LOPEZ ROSADO

CASE NO 10-08677-BKT

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **October 22, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0

AMENDED PLAN DATE: August 01, 2011     PLAN BASE: $51,170.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 8/15/2011

☐ FAVORABLE     ☒ UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☒ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   1)Amend J and eliminate alimony expense (ex-spouse passed away). 2)Pending receipt of 2010 state tax refund

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   Pending: 1)Trustee will partially oppose the Joint Motion to Inform (d.86). 2)Provide evidence of son's expenses and his request for continuing DSO payments.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$1,726.00/$1,274.00

Atty: JIMENEZ QUINONES LAW

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062