IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO LOPEZ ROSADO

CASE NO. 10-08677 BKT

Chapter 13

XXX-XX-8055

**FILED & ENTERED ON 08/16/2011**

Debtor(s)

ORDER

The Motion to Inform on Status of Controversy Regarding Avoidance of Judicial Lien filed by Debtor (docket #86) and the Joint Motion to Inform Withdrawal of Document Before the Registry of Puerto Rico (docket # 88) are hereby noted.

IT IS SO ORDERED.

San Juan, Puerto Rico this 16 day of August, 2011.

Brian K. Tester
U.S. Bankruptcy Judge